1016

[Nos. 62536-5-I; 62586-1-I.   Division One.   July 20, 2009.]

DALE L. BEDLINGTON ET AL., *Respondents*, v. JOHN LEE DE BRUIN ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 08-2-01126-3, Charles R. Snyder, J., entered October 3, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[No. 62561-6-I.   Division One.   July 20, 2009.]

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-29880-8, Kimberley Prochnau, J., entered March 14, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62566-7-I.   Division One.   July 20, 2009.]

MARY PATRICIA DOUGHERTY, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-34025-6, Paris K. Kallas, J., entered October 13, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Agid and Dwyer, JJ.

[No. 62840-2-I.   Division One.   July 20, 2009.]

*In the Matter of the Personal Restraint of* DAWUD HALISI MALIK, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ. Now published at 152 Wn. App. 213.